# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02253-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| ANA A. BARRAGAN, et al., | |
| Defendants. | (Doc. 19) |

Plaintiff has moved for default judgment alleging, among other claims, copyright infringement arising from Defendants' display of a certain boxing program on a single television set in its twelve-seat restaurant. Defendants imposed no cover charge on patrons entering the restaurant while the boxing match was displayed. This Court hereby directs supplemental briefing addressing the applicability of the "homestyle exemption" set forth in 17 U.S.C. § 110(5) to Defendants' display of the boxing match.

///

///

1

Plaintiff is directed to submit its supplemental briefs on or before August 10, 2011. The matter shall then be deemed submitted for decision pursuant to Local Rule 230(h) (Fed. R. Civ. P. 78).

IT IS SO ORDERED.

Dated:   August 2, 2011                    /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE