1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 1:10-cv-02253-AWI-SMS

10              Plaintiff,                    **FINDINGS AND RECOMMENDATIONS
                                             RECOMMENDING DENIAL OF
11      v.                                   PLAINTIFF'S MOTION FOR
                                             DEFAULT JUDGMENT**
12  ANA A. BARRAGAN, et al.,
                                             (Doc. 19)
13              Defendants.
   _____/

14

15      Plaintiff J & J Sports Productions, Inc., moves for Entry of Default Judgment against

16  Defendants Ana A. Barragan and Angel O. Barragan, individually, and doing business as Los

17  Compadres Restaurant a/k/a/ Los Compadres Mexican Restaurant.  This Court has reviewed

18  Plaintiff's motion and supporting documents and has determined that this matter is suitable for

19  decision without oral argument pursuant to Local Rule 78-230(h).  Because Plaintiff moves for

20  summary judgment on a claim that is not included within its complaint, its motion for default

21  judgment must be denied.

22  **I.    Discussion**

23      On December 3, 2010, Plaintiff filed its complaint against Defendant, alleging copyright

24  infringement pursuant to 17 U.S.C. §§ 501(a) and 501(b), conversion, and violation of California

25  Business and Professions Code § 17200 *et seq.*  The allegations were based on Defendant's

26  alleged unlawful interception, copying, and public exhibition of a December 6, 2008 pay-per-

27  view program featuring the Oscar De La Hoya v. Manny Pacquiao Welterweight Championship

28  Fight Program, including under-card bouts and fight commentary (the "program").  Plaintiff was

1

1  the exclusive commercial distributor of the program in the United States as well as the assignee

2  of the copyright to the program for enforcement purposes.  Plaintiff sub-licensed the right to

3  exhibit the program to commercial establishments in the hospitality industry, such as bars,

4  restaurants, hotels, and similar establishments.

5      Plaintiff served Defendants on April 3, 2011.  Neither Defendant has answered or

6  otherwise appeared in this action.  The Clerk of Court entered default against both Defendants on

7  May 9, 2011.

8      On June 23, 2011, Plaintiff moved for default judgment for unauthorized publication or

9  use of communications, contrary to 47 U.S.C. § 605 *et seq.*, and 47 U.S.C. § 553 *et seq.*  The

10  complaint does not include claims that Defendants violated 47 U.S.C. § 605 *et seq.*, and 47

11  U.S.C. § 553 *et seq.*, however.  Accordingly, a grant of default judgment on these claims would

12  be inappropriate.

13  **IV.    Recommendation**

14      Because the complaint does not include a claim that Defendants were not authorized to

15  publish or use communications, contrary to 47 U.S.C. § 605 *et seq.*, and 47 U.S.C. § 553 *et seq.*,

16  the Court **RECOMMENDS** denial of Plaintiff's motion for default judgment.

17      These Findings and Recommendations are submitted to the Honorable Anthony W. Ishii,

18  United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 631(b)(1)(B) and

19  Rule 305 of the Local Rules of Practice for the United States District Court, Eastern District of

20  California.  Within fifteen (15) days after being served with a copy, any party may file written

21  objections with the court, serving a copy on all parties.  Such a document should be captioned

22  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that

23  failure to file objections within the specified time may waive the right to appeal the District

24  Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

25  IT IS SO ORDERED.

26  **Dated:    August 26, 2011**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

27

28