UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02253-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| ANA BARRAGAN, et al., | |
| Defendants. | (Doc. 23) |

   Plaintiff J & J Sports Productions, Inc., moved for Entry of Default Judgment against Defendants Ana A. Barragan and Angel O. Barragan, both individually and doing business as Los Compadres Restaurant, also known as Los Compadres Mexican Restaurant. This matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   On August 26, 2011, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be denied in that the motion for default judgment sought relief on a claim not made in Plaintiff's complaint. Although the Findings and Recommendations provided fifteen days for the filing of objections, neither party has objected.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed
2 | August 26, 2011, are adopted in full.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated:   September 12, 2011                                    /s/ [signature]
                                                                  CHIEF UNITED STATES DISTRICT JUDGE