# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02253-AWI-SMS |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT OR STATUS REPORT |
| v. | |
| ANA A. BARRAGAN, et al., | |
| Defendants. | |

On June 23, 2011, Plaintiff J & J Sports Productions, Inc., moved for Entry of Default Judgment against Defendants Ana A. Barragan and Angel O. Barragan, individually, and doing business as Los Compadres Restaurant a/k/a/ Los Compadres Mexican Restaurant. Upon review, the Court discovered that Plaintiff had moved for default judgment on a cause of action that was not alleged in the complaint. Accordingly, the Court issued findings and recommendations recommending that Plaintiff's motion be denied. The District Court entered an order adopting the findings and recommendations on September 13, 2011.

To date, Plaintiff has taken no further action regarding this case. Plaintiff is HEREBY ORDERED to file, on or before October 21, 2011, either (1) a motion for default judgment on a cause or causes of action included within the complaint or (2) a status report setting forth why it

///

///

///

1

1  does not move for default judgment motion at this time.  Failure to file either document on or
2  before October 21, 2011, will result in dismissal of this case for failure to prosecute.

6  IT IS SO ORDERED.

7  **Dated:     October 11, 2011**                                    /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE